**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____      Chapter     **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Vitality Health Plan of California, Inc.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | **DBA  Vitality Health Plan** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4822508** |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **18000 Studebaker Road, Suite 960** <br> **Cerritos, CA 90703** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** |
| | _____ <br> Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)     **www.Vitalityhp.net**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Vitality Health Plan of California, Inc.**                    Case number (*if known*) _____
Name

---

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

---

| Debtor | **Vitality Health Plan of California, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Vitality Health Plan of California, Inc. _____    Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/18/2020
               MM / DD / YYYY

✗ _____    Brian Barry
Signature of authorized representative of debtor    Printed name

Title    CEO

**18. Signature of attorney**

✗    See Attached Signature Page
_____    Date _____
Signature of attorney for debtor         MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____    State ____    ZIP Code _____

Contact phone _____    Email address _____

Bar number _____    State _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor    **Vitality Health Plan of California, Inc.**                                    Case number (*if known*)
          Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
        MM / DD / YYYY

**X**  See Attached Signature Page                    **Brian O'Neil Barry**
_____          _____
Signature of authorized representative of debtor          Printed name

Title    **President and CEO**
_____

**18. Signature of attorney**

**X**  /s/ Garrick A. Hollander                    Date    12/18/2020
_____          _____
Signature of attorney for debtor                          MM / DD / YYYY

**Garrick A. Hollander**
_____
Printed name

**Winthrop Golubow Hollander, LLP**
_____
Firm name

**1301 Dove Street, Suite 500**
**Newport Beach, CA 92660**
_____
Number, Street, City, State & ZIP Code

Contact phone    **949-720-4100**        Email address    **ghollander@wghlawyers.com**

**166316 CA**
_____
Bar number and State

## United States Bankruptcy Court

## Central District of California

In re:   **Vitality Health Plan of California, Inc.,**

                                                                    Case No.
                                               Debtor               Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Brian Barry, am the President, Chief Executive Officer and Chairman of the Board of Vitality Health Plan of California, Inc., the Debtor named herein, and that on December 14, 2020, the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Brian Barry, the President, Chief Executive Officer and Chairman of the Board of Vitality Health Plan of California, Inc., is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of Vitality Health Plan of California, Inc.; and

Be It Further Resolved, that Brian Barry, the President, Chief Executive Officer and Chairman of the Board of Quality Reimbursement Services, Inc., is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Brian Barry, the President, Chief Executive Officer and Chairman of the Board of Vitality Health Plan of California, Inc., is authorized and directed to employ the law firm of Winthrop Golubow Hollander, LLP to represent the Debtor in such bankruptcy case."

Executed on:  December 14, 2020             Signed: _____
                                                         Name:  Brian Barry,
                                                         Its:       President, Chief Executive
                                                         Officer and Chairman of the Board

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vitality Health Plan of California, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Regional Medical Center of San Jose James Johnston 225 North Jackson Ave. San Jose, CA 95116-1603** | **James Johnston James.Johnston@ HCAHealthcare.com** | **Hospital** | | | | **$3,949,333.96** |
| **MedImpact Healthcare Systems James Gollaher, CFO 10181 Scripps Gateway Court San Diego, CA 92131** | **James Gollaher James.Gollaher@MedImpact.com** | **Pharmacy** | | | | **$3,534,297.32** |
| **El Camino Hospital Joan Kezic, VP 2500 Grant Rd. Mountain View, CA 94040** | **Joan Kezic Joan_Kezic@elcaminohealth.org** | **Hospital** | | | | **$1,636,461.18** |
| **Good Samaritan Hospital James Johnston 2425 Samaritan Dr. San Jose, CA 95124-3908** | **George Hurrell George.Hurrell@hhs.sccgov.org** | **Hospital** | | | | **$1,487,088.47** |
| **Santa Clara Valley Medical George Hurrell 751 S. Bascom Ave. San Jose, CA 95128-2604** | **George Hurrell George.Hurrell@hhs.sccgov.org** | **Hospital** | | | | **$1,065,055.21** |
| **O'Connor Hospital George Hurrell 2105 Forest Ave San Jose, CA 95128** | **George Hurrell George.Hurrell@hhs.sccgov.org** | **Hospital** | | | | **$1,049,008.49** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Vitality Health Plan of California, Inc.**                                        Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stanford Medical Center Attn: President 300 Pasteur Dr, MC 5500 Stanford, CA 94305-2200** | | **Hospital** | | | | **$881,752.63** |
| **Christopher Do, M.D. a Professional Corporation Sole Proprietor 1569 Lexann Ave. San Jose, CA 95121** | **cndo691@comcast .net** | **Loan** | | | | **$316,402.60** |
| **Kindred at Home Attn: Regional Director 4030 Moorpark Ave., Suite 251 San Jose, CA 95117** | **megan.baker@kind red.com** | **Home Health Care Provider** | | | | **$256,276.15** |
| **Medcore HP Maria Martinez, COO 2609 E. Hammer Lane Stockton, CA 95210** | **Maria Martinez** **Maria.Martinez@Me dcoreHP.net** | **Physician Group** | | | | **$250,000.00** |
| **Physician Partners IPA Attn: Ann Nguyen 14221 Euclid Ave. Suite G Garden Grove, CA 92843** | **Ann Nguyen, President** **A.Nguyen@ProCar eMSO.com** | | | | | **$199,508.69** |
| **St. Louise Regional Hospital George Hurrell 9400 No Name Uno Gilroy, CA 95020** | **George Hurrell** **George.Hurrell@hh s.sccgov.org** | **Hospital** | | | | **$186,535.98** |
| **Convey Health Solutions T. Fairbanks, CFO 100 SE 3rd Avenue, 26th Floor Fort Lauderdale, FL 33394** | **Tfairbanks@Conve yHS.com** | **Over the Counter Catalog Vendor** | | | | **$173,787.89** |
| **Santa Clara County IPA Janet Pulliam 1051 E Hillsdale Blvd, Suite 750 Pasadena, CA 91101** | **Janet Pulliam, CEO** **Jpulliam@PPMSI.c om** | | | | | **$164,513.92** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Vitality Health Plan of California, Inc.**                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Satellite Healthcare Silver Creek 1620 East Capitol Expressway San Jose, CA 95121** | | **Dialysis Provider** | | | | **$157,247.71** |
| **Kaiser Foundation Hospital 700 Lawrence Expy Santa Clara, CA 95051-5173** | | **Hospital** | | | | **$121,531.29** |
| **Doctors Hospital of Manteca 1205 E. North Street Manteca, CA 95336-4932** | | **Hospital** | | | | **$100,617.64** |
| **UCSF Medical Center 505 Paranusus Ave. San Francisco, CA 94143-0810** | | | | | | **$85,052.65** |
| **Washington Hospital 2000 Mowry Ave. Fremont, CA 94538-1716** | | | | | | **$75,814.34** |
| **Heritage Oaks Hospital 4250 Auburn Blvd Sacramento, CA 95841** | | **Hospital** | | | | **$75,058.22** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Garrick A. Hollander**<br>**1301 Dove Street, Suite 500**<br>**Newport Beach, CA 92660**<br>**949-720-4100 Fax: 949-720-4111**<br>California State Bar Number: **166316 CA**<br>ghollander@wghlawyers.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Vitality Health Plan of California, Inc.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____

    _____
    Signature of Debtor 1

Date: _____

    _____
    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 12/18/2020
_____

    /s/ Garrick A. Hollander
    _____
    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Vitality Health Plan of California, Inc.
18000 Studebaker Road, Suite 960
Cerritos, CA 90703


Garrick A. Hollander
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660


Christopher Do, M.D.
a Professional Corporation
Sole Proprietor
1569 Lexann Ave.
San Jose, CA 95121


Convey Health Solutions
T. Fairbanks, CFO
100 SE 3rd Avenue, 26th Floor
Fort Lauderdale, FL 33394


Doctors Hospital of Manteca
1205 E. North Street
Manteca, CA 95336-4932


El Camino Hospital
Joan Kezic, VP
2500 Grant Rd.
Mountain View, CA 94040


Good Samaritan Hospital
James Johnston
2425 Samaritan Dr.
San Jose, CA 95124-3908


Heritage Oaks Hospital
4250 Auburn Blvd
Sacramento, CA 95841

```
Kaiser Foundation Hospital
700 Lawrence Expy
Santa Clara, CA 95051-5173


Kindred at Home
Attn:  Regional Director
4030 Moorpark Ave., Suite 251
San Jose, CA 95117


Medcore HP
Maria Martinez, COO
2609 E. Hammer Lane
Stockton, CA 95210


MedImpact Healthcare Systems
James Gollaher, CFO
10181 Scripps Gateway Court
San Diego, CA 92131


O'Connor Hospital
George Hurrell
2105 Forest Ave
San Jose, CA 95128


Physician Partners IPA
Attn:  Ann Nguyen
14221 Euclid Ave. Suite G
Garden Grove, CA 92843


Regional Medical Center of San Jose
James Johnston
225 North Jackson Ave.
San Jose, CA 95116-1603
```

Santa Clara County IPA
Janet Pulliam
1051 E Hillsdale Blvd, Suite 750
Pasadena, CA 91101


Santa Clara Valley Medical
George Hurrell
751 S. Bascom Ave.
San Jose, CA 95128-2604


Satellite Healthcare Silver Creek
1620 East Capitol Expressway
San Jose, CA 95121


St. Louise Regional Hospital
George Hurrell
9400 No Name Uno
Gilroy, CA 95020


Stanford Medical Center
Attn:  President
300 Pasteur Dr, MC 5500
Stanford, CA 94305-2200


UCSF Medical Center
505 Paranusus Ave.
San Francisco, CA 94143-0810


Washington Hospital
2000 Mowry Ave.
Fremont, CA 94538-1716