UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>Vitality Health Plan of California, Inc.<br><br><br>Debtor(s). | CHAPTER 11 (BUSINESS)<br><br>Case Number:                    2:20-bk-21041-WB<br>Operating Report Number:                              1<br>For the Month Ending:                      31-Dec-20 |
|---|---|

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    _____

3.  BEGINNING BALANCE:    | 76,875.18 |

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | _____ |
| Accounts Receivable - Pre-filing | | _____ |
| General Sales | | _____ |
| Other (Specify) | | _____ |
| **Other (Specify) | Member Premiums | 1,010.90 |
| | Claims Refunds | 269.27 |
| | Deposit Refund | 94,493.00 |
| | Plan 2 Plan Payments | 1,050.34 |

   TOTAL RECEIPTS THIS PERIOD:    | 96,823.51 |

5.  BALANCE:    | 173,698.69 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 148,130.73 |

   TOTAL DISBURSEMENTS THIS PERIOD:***    | 148,130.73 |

7.  ENDING BALANCE:    | 25,567.96 |

8.  General Account Number(s):    695706009

   Depository Name & Location:    Chase Bank
   3057 Stevens Creek Blvd, Santa Clara, CA 95050

\*   All receipts must be deposited into the general account.
\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 12/22/2020 | Wire | Premier Care of No | Dec-20 IPA CAP | | 9,401.06 | 9,401.06 |
| 12/23/2020 | ACH | Employers Resourc | Payroll | | 108,894.81 | 108,894.81 |
| 12/29/2020 | Wire | MedImpact Health | Paid for inv# 17520 Claims payment. | | 19,115.66 | 19,115.66 |
| 12/29/2020 | 300832 | Delana Mosley | Dec-20 Consultant | | 5,600.00 | 5,600.00 |
| 12/29/2020 | 300833 | Crowell & Moring | Professional Services Rendered Through Nov 30, | | 5,119.20 | 5,119.20 |
| | | | | | | |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 148,130.73 | $148,130.73 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

*** The debtor inadvertantly paid $5,119 to Crowell Moring.  As soon as the Debtor became aware of this payment, the Debtor promptly requested a refund from Crowell, who
agreed to return the money.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____12/31/2020_____  Balance on Statement: _____$31,167.96_____

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 300832 | 12/29/2020 | 5,600.00 |

TOTAL OUTSTANDING CHECKS:                                          | 5,600.00 |

Bank statement Adjustments:                                        _____

Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                             | $25,567.96 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
## B. (PAYROLL ACCOUNT)

| | | |
|---|---|---|
| 1. | TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 108,894.81 |
| 2. | LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 108,894.81 |
| 3. | BEGINNING BALANCE: | 0.00 |
| 4. | RECEIPTS DURING CURRENT PERIOD:<br>(Transferred from General Account) | 108,894.81 |
| 5. | BALANCE: | 108,894.81 |
| 6. | LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD<br>TOTAL DISBURSEMENTS THIS PERIOD:*** | |
| 7. | ENDING BALANCE: | 0.00 |

8.  PAYROLL Account Number(s):          697583372

Depository Name & Location:          Chase Bank
                                               3057 Stevens Creek Blvd, Santa Clara, CA 95050

# TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/24/2020 | 1600 | Adame, Isabel | 12/6/20 to 12/19/20 Payroll | 2,523.08 |
| 12/24/2020 | 1584 | Aguilera, Elicia M | 12/6/20 to 12/19/20 Payroll | 6,892.31 |
| 12/24/2020 | 1592 | Alas, Jasmine I | 12/6/20 to 12/19/20 Payroll | 2,115.39 |
| 12/24/2020 | 1595 | Cao, Kevin P | 12/6/20 to 12/19/20 Payroll | 4,380.77 |
| 12/24/2020 | 1597 | Corona, Norma L | 12/6/20 to 12/19/20 Payroll | 2,260.64 |
| 12/24/2020 | 1601 | Dang, Ellie | 12/6/20 to 12/19/20 Payroll | 2,049.82 |
| 12/24/2020 | 1593 | Do, Luis T | 12/6/20 to 12/19/20 Payroll | 4,196.16 |
| 12/24/2020 | 1602 | Gonzalez, Francisco | 12/6/20 to 12/19/20 Payroll | 5,292.31 |
| 12/24/2020 | 1593 | Hau, Kelly | 12/6/20 to 12/19/20 Payroll | 2,008.78 |
| 12/24/2020 | 1594 | Eusuantos, Raoul G | 12/6/20 to 12/19/20 Payroll | 3,561.54 |
| 12/24/2020 | 1596 | Hollman, Janel V | 12/6/20 to 12/19/20 Payroll | 3,611.54 |
| 12/24/2020 | 1589 | Lasconia, Michael L | 12/6/20 to 12/19/20 Payroll | 9,765.39 |
| 12/24/2020 | 1590 | Loc, Melanie | 12/6/20 to 12/19/20 Payroll | 1,694.99 |
| 12/24/2020 | 1581 | Ly, Thao P | 12/6/20 to 12/19/20 Payroll | 2,115.17 |
| 12/24/2020 | 1587 | MacMullin, Jeffrey B | 12/6/20 to 12/19/20 Payroll | 5,734.62 |
| 12/24/2020 | 1578 | Nguyen, Trang T | 12/6/20 to 12/19/20 Payroll | 2,384.62 |
| 12/24/2020 | 1580 | Ornelas, Anaid E | 12/6/20 to 12/19/20 Payroll | 2,002.20 |
| 12/24/2020 | 1586 | Owens, Chiohko D | 12/6/20 to 12/19/20 Payroll | 2,500.00 |
| 12/24/2020 | 1585 | Phan, Uyen | 12/6/20 to 12/19/20 Payroll | 1,858.11 |
| 12/24/2020 | 1588 | Rivera, Francisco J | 12/6/20 to 12/19/20 Payroll | 7,073.08 |
| 12/24/2020 | 1598 | Rodgers, Ceilia | 12/6/20 to 12/19/20 Payroll | 3,676.93 |
| 12/24/2020 | 1577 | Rowan, Michael K | 12/6/20 to 12/19/20 Payroll | 12,088.50 |
| 12/24/2020 | 1599 | Rubiolares, Clara C | 12/6/20 to 12/19/20 Payroll | 1,766.93 |
| 12/24/2020 | 1591 | Soto, Anayancy | 12/6/20 to 12/19/20 Payroll | 2,425.68 |
| 12/24/2020 | 1582 | Thepsi, Chris L | 12/6/20 to 12/19/20 Payroll | 3,234.62 |
| 12/24/2020 | 1579 | Zuniga, Ruth | 12/6/20 to 12/19/20 Payroll | 4,380.77 |
| | | Social Security & Medicare | | 5,447.02 |
| | | Workers Compensation | | 365.74 |
| | | Emplouyers Resources Admin Fee | | 582.00 |
| | | 401k Match | | 2,555.47 |
| | | Client Med Cr. | | (1,649.37) |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 108,894.81 |

PAYROLL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____12/31/2020_____    Balance on Statement: _____$0.00_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                               | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                               | 0.00 |

Bank statement Adjustments:                                               _____
Explanation of Adjustments-

| |
|---|

ADJUSTED BANK BALANCE:                                               | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                        0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                     0

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)

5.  BALANCE:                                                              0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                   0.00

7.  ENDING BALANCE:                                                      0.00

8.  TAX Account Number(s):

    Depository Name & Location:

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| n/a | | | | 0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Page 8 of 16 | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____12/31/2020_____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| n/a _____ | 0.00 |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                      _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                            | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## IV.  AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 306,386.00 | 0.00 |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 306,386.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  |  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|---|
|  | Commercial Blanket | Hartford | $3,000,000 | 10/1/2021 | 10/1/2021 |
|  | Commercial Blanket | Sentinel | $3,000,000 | 10/1/2021 | 10/1/2021 |
|  | Managed Care Error & | TDC National Ass | $3,000,000 | 4/1/2021 | 4/1/2021 |
|  | Management Liability | TDC National Ass | $1,000,000 | 4/1/2021 | 4/1/2021 |
|  | Directors & Officers | TDC National Ass | $5,000,000 | 4/1/2021 | 4/1/2021 |
|  | Workers Compensation | State National | $1,000,000 | 8/31/2021 | 8/31/2021 |
|  | Cyber Liability | Houston Casualty | $5,000,000 | 4/1/2021 | 4/1/2021 |
|  | Reinsurance | IronShore | $1,000,000 | 12/31/2021 | 10/1/2020 |
| Others: | Crime | Liberty Mutual | $2,000,000 | 10/1/2021 | 10/1/2021 |
|  |  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2020 | 148,131.00 | 975.00 |  |  | 975.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 975.00 |  | 0.00 | 975.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

I. SUMMARY SCHEDULE OF CASH

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| General Account: | 25,567.96 |
| Payroll Account: | 0.00 |
| Tax Account: | 0.00 |

*Other Accounts:

*Other Monies:    N/A

**Petty Cash (from below):    0.00

## TOTAL CASH AVAILABLE:    25,567.96

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | 0.00 |

## TOTAL PETTY CASH TRANSACTIONS:    0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
| See Attached Worksheet | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: 108,894.81

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | | | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: CA Disability | | | |
| TOTAL: | 0.00 | 0.00 | |

Main Document    Page 13 of 30

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

| | Current Month 12/19/2020 to 12/31/2020 | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 1,329,722.00 | 1,329,722.00 |
| Less: Returns/Discounts | | |
| Net Sales/Revenue | 1,329,722.00 | 1,329,722.00 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases (Medical Costs) | 1,122,684.00 | 1,122,684.00 |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 1,122,684.00 | 1,122,684.00 |
| **Gross Profit** | 207,038.00 | 207,038.00 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | 133,941.00 | 133,941.00 |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | 11,449.00 | 11,449.00 |
| Rent Expense - Real Property | 19,125.00 | 19,125.00 |
| Lease Expense - Personal Property | | |
| Insurance | 5,974.00 | 5,974.00 |
| Real Property Taxes | | |
| Telephone and Utilities | 4,483.00 | 4,483.00 |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | | |
| Miscellaneous Operating Expenses (Itemize) | | |
| Broker Commissions | 52,657.00 | 52,657.00 |
| Software Fees & Services | 20,098.00 | 20,098.00 |
| Dues & Subscriptions | 1,216.00 | 1,216.00 |
| Bank Fees | 785.00 | 785.00 |
| Professional Services | | |
| Consulting Services | 5,600.00 | 5,600.00 |
| Outside Services | 6,526.00 | 6,526.00 |
| **Total Operating Expenses** | 261,854.00 | 261,854.00 |
| **Net Gain/(Loss) from Operations** | (54,816.00) | (54,816.00) |
| **Non-Operating Income:** | | |
| Interest Income | | |
| Net Gain on Sale of Assets (Itemize) | | |

Other (Itemize)

| | | |
|---|---|---|
| Total Non-Operating income | 0.00 | 0.00 |

Non-Operating Expenses:

    Interest Expense

    Legal and Professional (Itemize)

    Other (Itemize)

| | | |
|---|---|---|
| Total Non-Operating Expenses | 0.00 | 0.00 |

| | | |
|---|---|---|
| NET INCOME/(LOSS) | (54,816.00) | (54,816.00) |

(Attach exhibit listing all itemizations required above)

X BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 25,567.96 | |
| Restricted Cash | | |
| Accounts Receivable | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Rebates | 395,000.00 | |
| Other Receivables | 1,172,887.00 | |
| Other Receivables | 500,000.00 | |
| Allowance for uncollectable Account | (500,000.00) | |
| Prepaid Expenses | 394,491.00 | |
| Vendor Reimbursement | 5,119.00 | |
| Total Current Assets | | 1,993,064.96 |
| | | |
| Property, Plant, and Equipment | 1,822,840.00 | |
| Accumulated Depreciation/Depletion | (745,477.00) | |
| Net Property, Plant, and Equipment | | 1,077,363.00 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | | |
| Other (Itemize) | | |
| Security Deposit | 301,202.00 | |
| Lease Deposit | 335,546.00 | |
| Other Deposits | 86,019.00 | |
| Total Other Assets | 722,767.00 | 722,767.00 |
| TOTAL ASSETS | | 3,793,194.96 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | 306,386.00 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Deferred Income | | |
| Deferred Rent | | |
| Capitation Payable | 451,123.00 | |
| Part D Settlement Liability | | |
| IBNR | 520,544.00 | |
| Accured Payroll | 133,941.00 | |
| Accrued Vacation | | |
| Income tax Payable | | |

Accrued Interest

Accured Interest-Subordinated

Note Payable Supbordinated

Note Payable SBA Loan

Note Payable-VHP

|  | Total Post-petition Liabilities | 1,411,994.00 |
|---|---|---|

Pre-petition Liabilities:

Secured Liabilities

Priority Liabilities

| Unsecured Liabilities | 32,900,657.96 | |
|---|---|---|

Other (Itemize)

|  | Total Pre-petition Liabilities | 32,900,657.96 |
|---|---|---|

| TOTAL LIABILITIES | 34,312,651.96 |
|---|---|

EQUITY:

| Pre-petition Owners' Equity | (31,876,635.00) |
|---|---|
| Post-petition Profit/(Loss) | (54,816.00) |

Direct Charges to Equity

| TOTAL EQUITY | (31,931,451.00) |
|---|---|

| TOTAL LIABILITIES & EQUITY | 3,793,194.96 |
|---|---|

|  | No | Yes |
|---|---|---|

1. Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: _____ x

The debtor inadvertently paid $5,119 to Crowell Moring.  As soon as the Debtor became aware of this payment, the Debtor promptly requested a refund from Crowell, who agreed to return the money.

|  | No | Yes |
|---|---|---|

2. Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: x

3. State what progress was made during the reporting period toward filing a plan of reorganization

The debtor has retained the services of Wilshire Pacific Capital Advisors to conduct outreach to healthcare investment community for an acquisition or capital raise.  Wilshire Pacific Advisors has experience in brokering acquisition transactions for Medicare Advantage health plans in California, most notably a transaction of a regional health plan by Humana.

4. Describe potential future developments which may have a significant impact on the case:
There are two notable future developments that may have a large impact on the debtor's case.
1.  The State of Department of Managed Health Care (DMHC), which regulates the Debtor, had previously set an administrative hearing for April 26, 2021, to determine if it would revoke the Debtor's license to operate based on certain issues with the Debtor's financial condition.  The Debtor believes that this hearing is stayed pursuant to Section 362, and is also prohibited from proceeding based on Section 525 of the Bankruptcy Code.  The Debtor believes that this Chapter 11 proceeding will resolve all issues asserted by the DMHC.
2. The debtor is the plaintiff in litigation against MacArthur Court Acquisition Corporation (MCAC) and asserts that MCAC defrauded the debtor in the amount of $10 million.  The debtor is seeking damages in an amount not less than $10 million, plus additional damages from lost revenue going forward.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  | No | Yes |
|---|---|---|

6. Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. X

I, Brian Barry, President,

declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2020 through December 31, 2020
Primary Account: ███████ 3006

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00537676 DRE 703 210 00121 NNNNNNNNNNN  1 000000000 80 0000

VITALITY HEALTH PLAN OF CALIFORNIA, INC.
18000 STUDEBAKER RD STE 960
CERRITOS CA 90703-2703



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Analysis Business Checking | ███ 3006 | $87,930.54 | $30,233.46 |
| Chase Analysis Business Checking | ███ 5555 | 0.00 | 100.00 |
| Chase Analysis Business Checking | ███ 6223 | 0.00 | 834.50 |
| **Total** | | **$87,930.54** | **$31,167.96** |
| | | | |
| **TOTAL  ASSETS** | | **$87,930.54** | **$31,167.96** |

## CHASE ANALYSIS BUSINESS CHECKING

VITALITY HEALTH PLAN OF CALIFORNIA, INC.                Account Number: ███████ 3006

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$87,930.54** |
| Deposits and Additions | 64 | 1,533,397.94 |
| Checks Paid | 61 | -390,225.52 |
| Electronic Withdrawals | 15 | -956,521.98 |
| Other Withdrawals | 7 | -243,535.47 |
| Fees | 1 | -812.05 |
| **Ending Balance** | **148** | **$30,233.46** |



December 01, 2020 through December 31, 2020

Primary Account:                3006

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Cash Concentration Transfer Credit From Account ██████6223 Trn: 0000660710Xf | $1,085,175.83 |
| 12/01 | Orig CO Name:P1135 Johnson &     Orig ID:1571062326 Desc Date:120120 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001238624888 Eed:201201  Ind ID:L9Rv Ind Name:Vitality Health Plan O    Cg20031135H1426 877-534-2772 Trn: 3363862488Tc | 23,871.63 |
| 12/02 | Cash Concentration Transfer Credit From Account ██████6223 Trn: 0000800710Xf | 172.60 |
| 12/02 | Deposit      1956845744 | 1,581.61 |
| 12/02 | Orig CO Name:P1166 Takeda PHA     Orig ID:1571062326 Desc Date:120220 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001217384873 Eed:201202  Ind ID:68Sv Ind Name:Vitality Health Plan O    Cg20031166H1426 877-534-2772 Trn: 3371738473Tc | 1,379.99 |
| 12/02 | Orig CO Name:P1097 Zydus Phar     Orig ID:1571062326 Desc Date:120220 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001217384876 Eed:201202  Ind ID:88Tv Ind Name:Vitality Health Plan O    Cg20031097H1426 877-534-2772 Trn: 3371738476Tc | 8.61 |
| 12/03 | Cash Concentration Transfer Credit From Account ██████6223 Trn: 0000900710Xf | 58.20 |
| 12/03 | Orig CO Name:P1324 Corcept th     Orig ID:1571062326 Desc Date:120320 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001295600668 Eed:201203  Ind ID:16Vv Ind Name:Vitality Health Plan O    Cg20031324H1426 877-534-2772 Trn: 3389560068Tc | 2,772.28 |
| 12/04 | Cash Concentration Transfer Credit From Account ██████6223 Trn: 0000780710Xf | 36.50 |
| 12/07 | Cash Concentration Transfer Credit From Account ██████6223 Trn: 0000680710Xf | 151.00 |
| 12/07 | Deposit      1116488375 | 248.39 |
| 12/07 | Orig CO Name:P1080 Kowa Pharm     Orig ID:1571062326 Desc Date:120720 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001268448001 Eed:201207  Ind ID:2Qvv Ind Name:Vitality Health Plan O    Cg20031080H1426 877-534-2772 Trn: 3426844801Tc | 602.33 |
| 12/07 | Orig CO Name:P1245 Johnson &     Orig ID:1571062326 Desc Date:120720 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001268448004 Eed:201207  Ind ID:Q4WV Ind Name:Vitality Health Plan O    Cg20031245H1426 877-534-2772 Trn: 3426844804Tc | 52.69 |
| 12/08 | Cash Concentration Transfer Credit From Account ██████6223 Trn: 0000780710Xf | 21.60 |
| 12/08 | Orig CO Name:P1008 Novartis P     Orig ID:1571062326 Desc Date:120820 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001275144496 Eed:201208  Ind ID:Txxv Ind Name:Vitality Health Plan O    Cg20031008H1426 877-534-2772 Trn: 3437514496Tc | 12,020.55 |
| 12/08 | Orig CO Name:P1242 West-Ward     Orig ID:1571062326 Desc Date:120820 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001275144499 Eed:201208  Ind ID:Fgyv Ind Name:Vitality Health Plan O    Cg20031242H1426 877-534-2772 Trn: 3437514499Tc | 4.20 |
| 12/09 | Orig CO Name:P1006 Teva Pharm     Orig ID:1571062326 Desc Date:120920 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001248029992 Eed:201209  Ind ID:Q2Zv Ind Name:Vitality Health Plan O    Cg20031006H1426 877-534-2772 Trn: 3444802992Tc | 14.46 |
| 12/10 | Orig CO Name:P1004 Merck Shar     Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001215896683 Eed:201210  Ind ID:Wm2W Ind Name:Vitality Health Plan O    Cg20031004H1426 877-534-2772 Trn: 3451589683Tc | 22,699.66 |
| 12/10 | Orig CO Name:P1112 Gilead Sci     Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001215896689 Eed:201210  Ind ID:9F3W Ind Name:Vitality Health Plan O    Cg20031112H1426 877-534-2772 Trn: 3451589689Tc | 22,575.84 |
| 12/10 | Orig CO Name:P1126 Allergan U     Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:0410001215896695 Eed:201210  Ind ID:5P4W Ind Name:Vitality Health Plan O    Cg20031126H1426 877-534-2772 Trn: 3451589695Tc | 5,243.52 |



December 01, 2020 through December 31, 2020

Primary Account: ███████ 3006



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | Orig CO Name:P1003 Abbvie, IN    Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121589677 Eed:201210   Ind ID:4J1W Ind Name:Vitality Health Plan O   Cg20031003H1426 877-534-2772 Trn: 3451589677Tc | 4,909.64 |
| 12/10 | Orig CO Name:P1417 - Taiho On    Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121589692 Eed:201210   Ind ID:Cz3W Ind Name:Vitality Health Plan O   Cg20031417H1426 877-534-2772 Trn: 3451589692Tc | 3,743.94 |
| 12/10 | Orig CO Name:P1105 Celgene CO    Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121589680 Eed:201210   Ind ID:Dz1W Ind Name:Vitality Health Plan O   Cg20031105H1426 877-534-2772 Trn: 3451589680Tc | 3,728.55 |
| 12/10 | Orig CO Name:P1359 - Relypsa,    Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121589698 Eed:201210   Ind ID:Jw4W Ind Name:Vitality Health Plan O   Cg20031359H1426 877-534-2772 Trn: 3451589698Tc | 108.73 |
| 12/10 | Orig CO Name:P1134 Par Pharma    Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121589674 Eed:201210   Ind ID:Jr0W Ind Name:Vitality Health Plan O   Cg20031134H1426 877-534-2772 Trn: 3451589674Tc | 52.68 |
| 12/10 | Orig CO Name:P1062 Daiichi Sa    Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121589686 Eed:201210   Ind ID:Ls2W Ind Name:Vitality Health Plan O   Cg20031062H1426 877-534-2772 Trn: 3451589686Tc | 4.20 |
| 12/11 | Reversal | 745.53 |
| 12/11 | Cash Concentration Transfer Credit From Account ██████ 6223 Trn: 0000820710Xf | 16.70 |
| 12/11 | Orig CO Name:P1125 Boehringer    Orig ID:1571062326 Desc Date:121120 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000128072464 Eed:201211   Ind ID:Zd7W Ind Name:Vitality Health Plan O   Cg20031125H1426 877-534-2772 Trn: 3468072464Tc | 24,044.85 |
| 12/11 | Orig CO Name:P1101 Glaxosmith    Orig ID:1571062326 Desc Date:121120 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000128072467 Eed:201211   Ind ID:R58W Ind Name:Vitality Health Plan O   Cg20031101H1426 877-534-2772 Trn: 3468072467Tc | 8,401.07 |
| 12/11 | Orig CO Name:Wells Fargo    Orig ID:1571062326 Desc Date:121120 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000128072473 Eed:201211   Ind ID:Dk9W Ind Name:Vitality Health Plan O   Cg20031499H1426 877-534-2772 Trn: 3468072473Tc | 2,099.47 |
| 12/11 | Orig CO Name:P1133 Arbor Phar    Orig ID:1571062326 Desc Date:121120 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000128072470 Eed:201211   Ind ID:8Q8W Ind Name:Vitality Health Plan O   Cg20031133H1426 877-534-2772 Trn: 3468072470Tc | 551.37 |
| 12/14 | Cash Concentration Transfer Credit From Account ██████ 6223 Trn: 0000740710Xf | 83.40 |
| 12/14 | Orig CO Name:P1326 Amarin PHA    Orig ID:1571062326 Desc Date:121420 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000127025675 Eed:201214   Ind ID:P4Cw Ind Name:Vitality Health Plan O   Cg20031326H1426 877-534-2772 Trn: 3497025675Tc | 3,847.93 |
| 12/14 | Orig CO Name:P1092 Anip Acqui    Orig ID:1571062326 Desc Date:121420 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000127025681 Eed:201214   Ind ID:F4Fw Ind Name:Vitality Health Plan O   Cg20031092H1426 877-534-2772 Trn: 3497025681Tc | 111.72 |
| 12/14 | Orig CO Name:P1060 Prasco, LI    Orig ID:1571062326 Desc Date:121420 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000127025678 Eed:201214   Ind ID:2Cdw Ind Name:Vitality Health Plan O   Cg20031060H1426 877-534-2772 Trn: 3497025678Tc | 91.81 |

**CHASE** ◆

December 01, 2020 through December 31, 2020

Primary Account: ▮▮▮▮▮▮▮3006

# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 12/15 | Orig CO Name:P1024- Sanofi Av    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891356 Eed:201215    Ind ID:3Vgw Ind Name:Vitality Health Plan O    Cg20031024H1426 877-534-2772 Trn: 3501891356Tc | 16,384.36 |
| 12/15 | Orig CO Name:P1218 Avanir PHA    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891365 Eed:201215    Ind ID:6Mjw Ind Name:Vitality Health Plan O    Cg20031218H1426 877-534-2772 Trn: 3501891365Tc | 2,426.28 |
| 12/15 | Orig CO Name:P1143 Eisai Inc.    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891362 Eed:201215    Ind ID:Xhjw Ind Name:Vitality Health Plan O    Cg20031143H1426 877-534-2772 Trn: 3501891362Tc | 346.58 |
| 12/15 | Orig CO Name:Optinose US, Inc    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891371 Eed:201215    Ind ID:Lklw Ind Name:Vitality Health Plan O    Cg20031537H1426 877-534-2772 Trn: 3501891371Tc | 171.49 |
| 12/15 | Orig CO Name:P1187 Smith & NE    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891368 Eed:201215    Ind ID:Rkkw Ind Name:Vitality Health Plan O    Cg20031187H1426 877-534-2772 Trn: 3501891368Tc | 169.08 |
| 12/15 | Orig CO Name:P1251 Sanofi Pas    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891359 Eed:201215    Ind ID:Z7Hw Ind Name:Vitality Health Plan O    Cg20031251H1426 877-534-2772 Trn: 3501891359Tc | 42.44 |
| 12/15 | Orig CO Name:P1292 Wockhardt    Orig ID:1571062326 Desc Date:121520 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121891353 Eed:201215    Ind ID:T5Gw Ind Name:Vitality Health Plan O    Cg20031292H1426 877-534-2772 Trn: 3501891353Tc | 3.47 |
| 12/16 | Deposit    1057732813 | 1,593.75 |
| 12/16 | Orig CO Name:P1029 Novo Nordi    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700112 Eed:201216    Ind ID:Byqw Ind Name:Vitality Health Plan O    Cg20031029H1426 877-534-2772 Trn: 3511700112Tc | 19,854.48 |
| 12/16 | Orig CO Name:P1022 Eli Lilly    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700106 Eed:201216    Ind ID:94Pw Ind Name:Vitality Health Plan O    Cg20031022H1426 877-534-2772 Trn: 3511700106Tc | 10,409.15 |
| 12/16 | Orig CO Name:P1177 Amgen USA    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700124 Eed:201216    Ind ID:2Wsw Ind Name:Vitality Health Plan O    Cg20031177H1426 877-534-2772 Trn: 3511700124Tc | 5,895.73 |
| 12/16 | Orig CO Name:P1137 Astrazenec    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700109 Eed:201216    Ind ID:Ngqw Ind Name:Vitality Health Plan O    Cg20031137H1426 877-534-2772 Trn: 3511700109Tc | 4,600.40 |
| 12/16 | Orig CO Name:P1180 Purdue PHA    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700115 Eed:201216    Ind ID:Srrw Ind Name:Vitality Health Plan O    Cg20031180H1426 877-534-2772 Trn: 3511700115Tc | 3,164.34 |
| 12/16 | Orig CO Name:P1048 Valeant Ph    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700103 Eed:201216    Ind ID:3Qnw Ind Name:Vitality Health Plan O    Cg20031048H1426 877-534-2772 Trn: 3511700103Tc | 594.74 |
| 12/16 | Orig CO Name:P1269 Apotex Cor    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD    Trace#:041000121700127 Eed:201216    Ind ID:Grtw Ind Name:Vitality Health Plan O    Cg20031269H1426 877-534-2772 Trn: 3511700127Tc | 352.17 |



December 01, 2020 through December 31, 2020

Primary Account: ███████████ 3006



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | Orig CO Name:P1182 Edenbridge    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121700118 Eed:201216   Ind ID:Nwrrw Ind Name:Vitality Health Plan O   Cg20031182H1426 877-534-2772 Trn: 3511700118Tc | 11.04 |
| 12/16 | Orig CO Name:P1051 Upsher-Smi    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121700100 Eed:201216   Ind ID:Kcnw Ind Name:Vitality Health Plan O   Cg20031051H1426 877-534-2772 Trn: 3511700100Tc | 7.00 |
| 12/16 | Orig CO Name:P1046 Perrigo CO    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121700133 Eed:201216   Ind ID:Tsvw Ind Name:Vitality Health Plan O   Cg20031046H1426 877-534-2772 Trn: 3511700133Tc | 7.00 |
| 12/16 | Orig CO Name:P1310 Alvogen, I    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121700121 Eed:201216   Ind ID:09Sw Ind Name:Vitality Health Plan O   Cg20031310H1426 877-534-2772 Trn: 3511700121Tc | 6.15 |
| 12/16 | Orig CO Name:P1116 Mylan Spec    Orig ID:1571062326 Desc Date:121620 CO Entry Descr:Cgdp    Sec:CCD   Trace#:041000121700130 Eed:201216   Ind ID:Qjvw Ind Name:Vitality Health Plan O   Cg20031116H1426 877-534-2772 Trn: 3511700130Tc | 2.09 |
| 12/21 | Cash Concentration Transfer Credit From Account ███████ 6555 Trn: 0000660710Xf | 140,000.00 |
| 12/21 | Cash Concentration Transfer Credit From Account ███████ 6223 Trn: 0000680710Xf | 74.00 |
| 12/22 | Cash Concentration Transfer Credit From Account ███████ 6223 Trn: 0000860710Xf | 18.30 |
| 12/23 | Cash Concentration Transfer Credit From Account ███████ 6223 Trn: 0000860710Xf | 165.50 |
| 12/23 | Online Transfer From Mma ...2020 Transaction#: 10869813761 | 93,000.00 |
| 12/24 | Cash Concentration Transfer Credit From Account ███████ 6223 Trn: 0000780710Xf | 18.60 |
| 12/28 | Deposit    1965683322 | 1,050.34 |
| 12/30 | Online Transfer From Mma ...2020 Transaction#: 10906697944 | 1,796.38 |
| **Total Deposits and Additions** | | **$1,533,397.94** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 300507 ^ | | 12/22 | $12,250.00 |
| 300551 * ^ | | 12/08 | 59.00 |
| 300722 * ^ | | 12/02 | 18,000.00 |
| 300756 * ^ | | 12/08 | 17.40 |
| 300758 * ^ | | 12/08 | 55.20 |
| 300773 * ^ | | 12/15 | 3.20 |
| 300774 ^ | | 12/29 | 86.10 |
| 300775 ^ | | 12/17 | 3.90 |
| 300776 ^ | | 12/07 | 192.11 |
| 300777 ^ | | 12/04 | 12,000.00 |
| 300778 ^ | | 12/22 | 13,778.00 |
| 300779 ^ | | 12/07 | 337.56 |
| 300780 ^ | | 12/28 | 4,621.50 |
| 300781 ^ | | 12/08 | 2,525.00 |
| 300782 ^ | | 12/08 | 17,089.58 |
| 300783 ^ | | 12/18 | 95.00 |
| 300784 ^ | | 12/07 | 3,990.00 |
| 300785 ^ | | 12/09 | 2,731.25 |



December 01, 2020 through December 31, 2020

Primary Account: ███████████3006

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 300786 ^ | | 12/07 | 1,575.00 |
| 300787 ^ | | 12/07 | 5,000.00 |
| 300788 ^ | | 12/08 | 1,000.00 |
| 300789 ^ | | 12/09 | 291.50 |
| 300791 * ^ | | 12/14 | 18,801.03 |
| 300792 ^ | | 12/14 | 47,487.75 |
| 300793 ^ | | 12/03 | 1,800.00 |
| 300794 ^ | | 12/03 | 15,000.00 |
| 300795 ^ | | 12/11 | 4,350.00 |
| 300796 ^ | | 12/10 | 7,200.51 |
| 300797 ^ | | 12/11 | 4,885.39 |
| 300798 ^ | | 12/09 | 3,400.00 |
| 300799 ^ | | 12/10 | 39.00 |
| 300800 ^ | | 12/11 | 2,138.52 |
| 300801 ^ | | 12/11 | 5,250.00 |
| 300802 ^ | | 12/14 | 115.81 |
| 300804 * ^ | | 12/16 | 2,731.25 |
| 300805 ^ | | 12/16 | 625.00 |
| 300806 ^ | | 12/18 | 2,163.69 |
| 300807 ^ | | 12/16 | 1,639.21 |
| 300808 ^ | | 12/16 | 1,950.00 |
| 300809 ^ | | 12/15 | 1,575.00 |
| 300810 ^ | | 12/29 | 2,680.46 |
| 300811 ^ | | 12/15 | 30,000.00 |
| 300812 ^ | | 12/15 | 10,000.00 |
| 300813 ^ | | 12/15 | 15,000.00 |
| 300814 ^ | | 12/22 | 13,486.00 |
| 300815 ^ | | 12/18 | 2,666.03 |
| 300816 ^ | | 12/14 | 23.63 |
| 300817 ^ | | 12/21 | 14,748.09 |
| 300818 ^ | | 12/22 | 337.50 |
| 300819 ^ | | 12/16 | 15,000.00 |
| 300820 ^ | | 12/15 | 1,850.00 |
| 300821 ^ | | 12/23 | 2,570.50 |
| 300822 ^ | | 12/23 | 2,767.00 |
| 300823 ^ | | 12/23 | 3,000.00 |
| 300824 ^ | | 12/22 | 5,944.45 |

# CHASE ◆

December 01, 2020 through December 31, 2020

Primary Account: ▮▮▮▮▮▮▮3006



## CHECKS PAID  (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 300825  ^ | | 12/22 | 1,000.00 |
| 300826  ^ | | 12/21 | 12,000.00 |
| 300827  ^ | | 12/24 | 2,832.19 |
| 300828  ^ | | 12/23 | 1,639.21 |
| 300829  ^ | | 12/23 | 28,652.00 |
| 300831  * ^ | | 12/28 | 7,175.00 |
| **Total Checks Paid** | | | **$390,225.52** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | 12/02 Domestic Wire Transfer A/C: Seoul Medical Group Inc. Long Beach CA 90815-1275 US Ref: November CAP Trn: 3693480336Es | $17,732.47 |
| 12/02 | 12/02 Payment To Chase Card Ending IN 1098 | 12,779.54 |
| 12/03 | Orig CO Name:Vitality Oprting     Orig ID:9853006001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD   Trace#:021000021212912 Eed:201203   Ind ID:9853006001 Ind Name:EFT File Name: Rp33827     EFT/ACH Created Offset For Origin#: 9090209001   CO Eff  Date: 20/12/03       201203 Rp33827K Trn: 3381212912Tc | 645,043.11 |
| 12/08 | 12/08 Domestic Wire Transfer A/C: Litvak Law Group, P.C. Newport Coast CA 92657-1115 US Trn: 3540230342Es | 29,746.00 |
| 12/10 | Orig CO Name:United Healthcar     Orig ID:1411289245 Desc Date:       CO Entry Descr:EDI Paymtssec:CTX   Trace#:043000262530834 Eed:201210   Ind ID:143380082459 Ind Name:0007Vitality Health Trn: 3452530834Tc | 6,359.84 |
| 12/10 | Orig CO Name:Vitality Health     Orig ID:1571062326 Desc Date:121020 CO Entry Descr:Cgdp     Sec:CCD   Trace#:041000122530832 Eed:201210   Ind ID:PI5W Ind Name:H1426 Vitality Health 972-428-1100 Trn: 3452530832Tc | 745.53 |
| 12/11 | 12/11 Online Domestic Wire Transfer Via: Fst Rep Bk Sf/321081669 A/C: Winthrop Golubow Hollander Llp Newport Beach CA 92660 US Ref: Vitality Retainer Imad: 1211B1Qgc03C011969 Trn: 3368420346Es | 25,000.00 |
| 12/11 | Orig CO Name:Unitedhealthcare     Orig ID:4945062115 Desc Date:201210 CO Entry Descr:Premium  Sec:CCD   Trace#:091000019213171 Eed:201211   Ind ID:253402 Ind Name:Vitality Health Plan                     30629 Trn: 3469213171Tc | 17,866.77 |
| 12/14 | Orig CO Name:Vitality Oprting     Orig ID:9853006001 Desc Date:Prfund CO Entry Descr:Corp Pay  Sec:CCD   Trace#:021000020990814 Eed:201214   Ind ID:9853006001 Ind Name:EFT File Name: Rp34907     EFT/ACH Created Offset For Origin#: 9090209001   CO Eff  Date: 20/12/14       201214 Rp34907G Trn: 3490990814Tc | 7,532.00 |
| 12/18 | 12/18 Online Domestic Wire Transfer Via: Fst Rep Bk Sf/321081669 A/C: Winthrop Golubow Hollander Llp Newport Beach CA 92660 US Ref: Vitality Payment Imad: 1218B1Qgc04C011675 Trn: 3395070353Es | 25,000.00 |
| 12/21 | 12/21 Online Transfer To Mma ...2020 Transaction#: 10853945391 | 140,000.00 |
| 12/22 | 12/22 Online Domestic Wire Transfer Via: Comerica Sco Vly/121137522 A/C: Premier Care of Northern Californiaencino CA 91436 US Ref: December Capitation From Vitality Imad: 1222B1Qgc03C014625 Trn: 3467710357Es | 9,401.06 |

 CHASE

December 01, 2020 through December 31, 2020
Primary Account: ███████ 3006

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29 | 12/29 Online Domestic Wire Transfer Via: US Bk CA Aub/121122676 A/C: Medimpact Healthcare Systems San Diego CA 92121 US Ref: Dec 19, 20, 21 Fees Imad: 1229B1Qgc04C002427 Trn: 3030600364Es | 19,115.66 |
| 12/30 | 12/30 Online Transfer To Chk ...6223 Transaction#: 10906715705 | 100.00 |
| 12/30 | 12/30 Online Transfer To Chk ...5555 Transaction#: 10906718266 | 100.00 |
| **Total Electronic Withdrawals** | | **$956,521.98** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/07 | Cash Concentration Transfer Debit To Account | ████ 8393 Trn: 0005170710Xf | $2,639.59 |
| 12/09 | Cash Concentration Transfer Debit To Account | ████ 8393 Trn: 0004630710Xf | 2,506.04 |
| 12/10 | Cash Concentration Transfer Debit To Account | ████ 5555 Trn: 0000930710Xf | 128,459.93 |
| 12/15 | Cash Concentration Transfer Debit To Account | ████ 6223 Trn: 0000770710Xf | 400.69 |
| 12/15 | Cash Concentration Transfer Debit To Account | ████ 8393 Trn: 0005170710Xf | 378.61 |
| 12/15 | Cash Concentration Transfer Debit To Account | ████ 5555 Trn: 0000750710Xf | 255.80 |
| 12/23 | Cash Concentration Transfer Debit To Account | ████ 5555 Trn: 0000830710Xf | 108,894.81 |
| **Total Other Withdrawals** | | | **$243,535.47** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | Account Analysis Settlement Charge | $812.05 |
| **Total Fees** | | **$812.05** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/01 | $1,196,978.00 | 12/10 | 340,854.61 | 12/21 | 174,615.78 |
| 12/02 | 1,151,608.80 | 12/11 | 317,222.92 | 12/22 | 118,437.07 |
| 12/03 | 492,596.17 | 12/14 | 247,397.56 | 12/23 | 64,079.05 |
| 12/04 | 480,632.67 | 12/15 | 206,665.91 | 12/24 | 61,265.46 |
| 12/07 | 467,952.82 | 12/16 | 231,218.49 | 12/28 | 50,519.30 |
| 12/08 | 429,506.99 | 12/17 | 231,214.59 | 12/29 | 28,637.08 |
| 12/09 | 420,592.66 | 12/18 | 201,289.87 | 12/30 | 30,233.46 |

# CHASE ⬤

December 01, 2020 through December 31, 2020
Primary Account: ▇▇▇▇3006



## CHASE ANALYSIS BUSINESS CHECKING

VITALITY HEALTH PLAN OF CALIFORNIA, INC.                     Account Number: ▇▇▇▇5555

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 5 | 377,710.54 |
| Electronic Withdrawals | 2 | -237,354.74 |
| Other Withdrawals | 1 | -140,000.00 |
| Fees | 1 | -255.80 |
| **Ending Balance** | **9** | **$100.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | Cash Concentration Transfer Credit From Account ▇▇▇▇3006 Trn: 0000940710Xf | $128,459.93 |
| 12/15 | Cash Concentration Transfer Credit From Account ▇▇▇▇3006 Trn: 0000760710Xf | 255.80 |
| 12/21 | Online Transfer From Mma ...2020 Transaction#: 10858547939 | 140,000.00 |
| 12/23 | Cash Concentration Transfer Credit From Account ▇▇▇▇3006 Trn: 0000840710Xf | 108,894.81 |
| 12/30 | Online Transfer From Chk ...3006 Transaction#: 10906718266 | 100.00 |
| **Total Deposits and Additions** | | **$377,710.54** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | Orig CO Name:Employers Res        Orig ID:3330688056 Desc Date:201210 CO Entry Descr:Zu2-Payrolsec:CCD   Trace#:091000012530843 Eed:201210  Ind ID:Zu2-Payrol Ind Name:0001660Zu2 Vitality He                                          Zu2 Vitality Health Trn: 3452530843Tc | $128,459.93 |
| 12/23 | Orig CO Name:Employers Res        Orig ID:3330688056 Desc Date:201223 CO Entry Descr:Zu2-Payrolsec:CCD   Trace#:091000015774781 Eed:201223  Ind ID:Zu2-Payrol Ind Name:0001994Zu2 Vitality He                                          Zu2 Vitality Health Trn: 3585774781Tc | 108,894.81 |
| **Total Electronic Withdrawals** | | **$237,354.74** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/21 | Cash Concentration Transfer Debit To Account ▇▇▇▇3006 Trn: 0000650710Xf | $140,000.00 |
| **Total Other Withdrawals** | | **$140,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | Account Analysis Settlement Charge | $255.80 |
| **Total Fees** | | **$255.80** |

Your service charges, fees and earnings credit have been calculated through account analysis.



December 01, 2020 through December 31, 2020
Primary Account: ██████ 3006

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/10 | $0.00 |
| 12/15 | 0.00 |
| 12/21 | 0.00 |
| 12/23 | 0.00 |
| 12/30 | 100.00 |

## CHASE ANALYSIS BUSINESS CHECKING

VITALITY HEALTH PLAN OF CALIFORNIA, INC.                 Account Number: ██████ 6223

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|------|-----------|--------|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 19 | 1,233,612.35 |
| Electronic Withdrawals | 2 | -146,360.93 |
| Other Withdrawals | 12 | -1,085,992.23 |
| Fees | 1 | -424.69 |
| **Ending Balance** | **34** | **$834.50** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | Orig CO Name:Cmsa Treas 310        Orig ID:9101036151 Desc Date:120120 CO Entry Descr:  Misc Paysec:CCD    Trace#:101036152229383 Eed:201201   Ind ID:1814822508A1750        Ind Name:Vitality Health Plan O Rmr*IV*Appsh14262000031200*Ai*12315 36.76*1231536.76*0\ Trn: 3352229383Tc | $1,231,536.76 |
| 12/02 | Lockbox No: 101829 For 6 Items At 16:00 5 Trn: 2400082337Lb | 172.60 |
| 12/03 | Lockbox No: 101829 For 3 Items At 16:00 5 Trn: 2400234338Lb | 58.20 |
| 12/04 | Lockbox No: 101829 For 3 Items At 16:00 5 Trn: 2400301339Lb | 36.50 |
| 12/07 | Lockbox No: 101829 For 8 Items At 16:00 5 Trn: 2400311342Lb | 151.00 |
| 12/08 | Lockbox No: 101829 For 2 Items At 16:00 5 Trn: 2400010343Lb | 21.60 |
| 12/11 | Lockbox No: 101829 For 1 Items At 16:00 5 Trn: 2400321346Lb | 16.70 |
| 12/14 | Lockbox No: 101829 For 4 Items At 16:00 5 Trn: 2400097349Lb | 83.40 |
| 12/15 | Cash Concentration Transfer Credit From Account ██████ 3006 Trn: 0000780710Xf | 400.69 |
| 12/15 | Lockbox No: 101829 For 1 Items At 16:00 5 Trn: 2400118350Lb | 24.00 |
| 12/21 | Lockbox No: 101829 For 3 Items At 16:00 5 Trn: 2400232356Lb | 74.00 |
| 12/22 | Lockbox No: 101829 For 1 Items At 16:00 5 Trn: 2400255357Lb | 18.30 |
| 12/23 | Lockbox No: 101829 For 10 Items At 16:00 5 Trn: 2400039358Lb | 165.50 |
| 12/24 | Lockbox No: 101829 For 1 Items At 16:00 5 Trn: 2400160359Lb | 18.60 |
| 12/28 | Lockbox No: 101829 For 18 Items At 16:00 5 Trn: 2400318363Lb | 472.80 |
| 12/29 | Lockbox No: 101829 For 4 Items At 16:00 5 Trn: 2400057364Lb | 129.50 |
| 12/30 | Lockbox No: 101829 For 1 Items At 16:00 5 Trn: 2400210365Lb | 17.00 |
| 12/30 | Online Transfer From Chk ...3006 Transaction#: 10906715705 | 100.00 |
| 12/31 | Lockbox No: 101829 For 6 Items At 16:00 5 Trn: 2400256366Lb | 115.20 |
| **Total Deposits and Additions** | | **$1,233,612.35** |



December 01, 2020 through December 31, 2020

Primary Account: ███████ **3006**



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | 12/01 Domestic Wire Transfer Via: Comerica Sco Vly/121137522 A/C: Individual Practice Association Medref: November CAP Imad: 1201B1Qgc01C012730 Trn: 3638700336Es | $46,472.01 |
| 12/01 | 12/01 Domestic Wire Transfer A/C: Physician Partners Ipa, Inc. Garden Grove CA 92840-5834 US Trn: 3640580336Es | 99,888.92 |
| **Total Electronic Withdrawals** | | **$146,360.93** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000650710Xf | $1,085,175.83 |
| 12/02 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000790710Xf | 172.60 |
| 12/03 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000890710Xf | 58.20 |
| 12/04 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000770710Xf | 36.50 |
| 12/07 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000670710Xf | 151.00 |
| 12/08 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000770710Xf | 21.60 |
| 12/11 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000810710Xf | 16.70 |
| 12/14 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000730710Xf | 83.40 |
| 12/21 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000670710Xf | 74.00 |
| 12/22 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000850710Xf | 18.30 |
| 12/23 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000850710Xf | 165.50 |
| 12/24 | Cash Concentration Transfer Debit To Account ███████ 3006 Trn: 0000770710Xf | 18.60 |
| **Total Other Withdrawals** | | **$1,085,992.23** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/15 | Account Analysis Settlement Charge | $424.69 |
| **Total Fees** | | **$424.69** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 12/01 | $0.00 | 12/11 | 0.00 | 12/24 | 0.00 |
| 12/02 | 0.00 | 12/14 | 0.00 | 12/28 | 472.80 |
| 12/03 | 0.00 | 12/15 | 0.00 | 12/29 | 602.30 |
| 12/04 | 0.00 | 12/21 | 0.00 | 12/30 | 719.30 |
| 12/07 | 0.00 | 12/22 | 0.00 | 12/31 | 834.50 |
| 12/08 | 0.00 | 12/23 | 0.00 | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC



**JPMorgan Chase Bank, N.A. Member FDIC**